IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**JENNIFER L. STUTZ**<br><br>Debtor<br><br>**JENNIFER L. STUTZ**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **20-22025-GLT**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Russell A. Burdelski, Esquire**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

ADS/COMENITY/NEWYORK & CO
PO BOX 182789
Columbus, OH 43218

CAPITAL ONE
PO BOX 30281
Salt Lake City, UT 84130

CREDIT ONE
PO BOX 98872
Las Vegas, NV 89193

CREDIT ONE BANK
PO BOX 60500
City Of Industry, CA 91716-0500

HOME DEPOT/CITIBANK
PO BOX 9001010
Louisville, KY 40290

JCPENNEY/SYNCB
PO BOX 960090
Orlando, FL 32896

KOHL/CAPITAL ONE

Software Copyright (c) 1996-2020 Best Case LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

PO BOX 3115

Milwaukee, WI 53201


MACYS/DSNB

PO BOX 8218

Mason, OH 45040


MERRICK BANK CORP.

PO BOX 9201

Old Bethpage, NY 11804-9001


OLD NACY/SYNCB

PO BOX 9600017

Orlando, FL 32896


PNC BANK NS

PO BOX 856177

Louisville, KY 40285


SCORE REWARDS/SYNCB

PO BOX 530916

Atlanta, GA 30353


TARGET/TD BANK USA

PO BOX 1470

Minneapolis, MN 55440


By: **/s/ Russell A. Burdelski, Esquire**
  Signature
  **Russell A. Burdelski, Esquire**
  Typed Name
  **1020 PERRY HIGHWAY**
  **Pittsburgh, PA 15237**
  Address
  **(412) 366-1511 Fax:(412) 366-1711**
  Phone No.
  **72688 PA**
  List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Software Copyright (c) 1996-2020 Best Case LLC - www.bestcase.com                    Best Case Bankruptcy