| EARNINGS | TAXES | DEDUCTIONS | NET PAY | | PAY PERIOD | DEPOSIT NU | | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $969.59 |
| URRENT 1,696.49 | 324.80 | 301.10 | 969.59 | BEGIN 01/05/2020 | 20 | | |
| | | | | END 01/18/2020 | | | |



**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 01/24/2020
NO. 2083

AMOUNT
$969.59

BANK NAME
PITTSBURGH NATIONAL BANK

ACCOUNT TYPE
CHECKING

ACCOUNT NUMBER
***************5556

STUTZ, JENNIFER L.
118 ROSECREST DR
PITTSBURGH PA 15229

## PAYROLL ADVICE ONLY — NON NEGOTIABLE

914645          STUTZ, JENNIFER L.

COUNTY OF ALLEGHENY

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 19.9435 | 71.00 | 1,416.00 | 2,349.96 | Gross Wages | | 1,696.49 | 3,152.09 |
| Sick | 19.9435 | 9.00 | 179.49 | 179.49 | Federal Income Tax | | 140.94 | 277.97 |
| Holiday | | | | 622.64 | Federal FICA Withheld | | 95.69 | 189.06 |
| | | | | | Federal Medicare Withheld | With | 22.38 | 44.22 |
| | | | | | PENNSYLVANIA | SUI | 47.39 | 93.62 |
| | | | | | PENNSYLVANIA | | .96 | 1.89 |
| | | | | | TeamHlth C/P | | 547.38 | 1,113.23 |
| | | | | | Ross Township W/H | | 7.72 | 16.25 |
| | | | | | Vis Bas C/P | | | 2.47 |
| | | | | | North Hills | | 7.72 | 16.25 |
| | | | | | LifeIns10C/P | | .94 | .94 |
| | | | | | Pittsburgh LST | | 2.00 | 4.00 |
| | | | | | Retire C/P | | 159.55 | 315.21 |
| | | | | | Retirement | | 159.55 | 315.21 |
| | | | | | Wrk Comp C/P | | 8.00 | 16.00 |
| | | | | | HlthFee3.25% | | 52.00 | 102.70 |
| | | | | | Union Dues | | | 43.00 |
| | | | | | Credit Union | | 50.00 | 100.00 |
| | | | | | UNUM Tax Ins | | 39.55 | 79.10 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,607.17 | 327.44 | 346.27 | 933.46 | BEGIN 01/19/2020 | 2127 | $933.46 |
| | | | | | END 02/01/2020 | | |

**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 02/07/2020
NO.    2127

| BANK NAME | ACCOUNT TYPE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| PITTSBURGH NATIONAL BANK | CHECKING | ****************5556 | $933.46 |

STUTZ, JENNIFER L.
118 ROSECREST DR
PITTSBURGH PA 15229

# PAYROLL ADVICE ONLY — NON NEGOTIABLE

COUNTY OF ALLEGHENY            914645        STUTZ, JENNIFER L.

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 19.9435 | 72.00 | 1,436.95 | 3,785.91 | Gross Wages | | 1,607.17 | 4,759.26 |
| Retro Reg | | | 11.67 | 11.67 | Federal Income Tax | | 142.20 | 420.17 |
| Sick | | | | 179.49 | Federal FICA Withheld | | 96.42 | 285.48 |
| Holiday | 19.9435 | 8.00 | 159.55 | 782.19 | Federal Medicare Withheld | With | 22.55 | 66.77 |
| | | | | | PENNSYLVANIA | With | 47.74 | 141.38 |
| | | | | | PENNSYLVANIA | SUI | .97 | 2.86 |
| | | | | | Ross Township W/H | | 7.78 | 23.03 |
| | | | | | TeamHlth C/P | | 547.38 | 1,680.61 |
| | | | | | North Hills | | 7.78 | 23.03 |
| | | | | | Vis Bas C/P | | 2.47 | 4.94 |
| | | | | | Pittsburgh LST | | 2.00 | 6.00 |
| | | | | | LifeIns10C/P | | | .94 |
| | | | | | Retirement | | 160.72 | 475.93 |
| | | | | | Retire C/P | | 160.72 | 475.93 |
| | | | | | HlthFee3.25% | | 52.00 | 154.70 |
| | | | | | Wrk Comp C/P | | 8.00 | 24.00 |
| | | | | | Union Dues | | 44.00 | 87.00 |
| | | | | | Credit Union | | 50.00 | 150.00 |
| | | | | | UNUM Tax Ins | | 39.55 | 118.65 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY | | PAY PERIOD | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|
| | | | | | | | $969.59 |
| RRENT 1,595.49 | 324.80 | 301.10 | 969.59 | BEGIN | 02/02/2020 | 2055 | |
| | | | | END | 02/15/2020 | | |



**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 02/21/2020
NO.      2055

| BANK NAME | ACCOUNT TYPE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| PITTSBURGH NATIONAL BANK | CHECKING | ***************5556 | $969.59 |

STUTZ, JENNIFER L.
118 ROSECREST DR
PITTSBURGH PA 15229

# PAYROLL ADVICE ONLY — NON NEGOTIABLE

914645        STUTZ, JENNIFER L.

COUNTY OF ALLEGHENY

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | Gross Wages | | 1,595.49 | 6,354.75 |
| Regular Pay | 19.9435 | 71.00 | 1,416.00 | 5,201.91 | Federal Income Tax | | 140.94 | 561.11 |
| Retro Reg | 19.9435 | 9.00 | 179.49 | 11.67 | Federal FICA Withheld | | 95.70 | 381.18 |
| Sick | | | | 358.98 | Federal Medicare Withheld | | 22.38 | 89.15 |
| Holiday | | | | 782.19 | PENNSYLVANIA | With | 47.39 | 188.75 |
| | | | | | PENNSYLVANIA | SUI | .96 | 3.81 |
| | | | | | Ross Township W/H | | 7.72 | 30.75 |
| | | | | | TeamHlth C/P | | 547.38 | 2,207.99 |
| | | | | | North Hills | | 7.72 | 30.75 |
| | | | | | Vis Bas C/P | | | 4.94 |
| | | | | | Pittsburgh LST | | 2.00 | 8.00 |
| | | | | | LifeIns10C/P | | .94 | 1.88 |
| | | | | | Retirement | | 159.55 | 635.48 |
| | | | | | Retire C/P | | 159.55 | 635.48 |
| | | | | | HlthFee3.25% | | 52.00 | 206.70 |
| | | | | | Wrk Comp C/P | | 8.00 | 32.00 |
| | | | | | Union Dues | | | 87.00 |
| | | | | | Credit Union | | 50.00 | 200.00 |
| | | | | | UNUM Tax Ins | | 39.55 | 158.20 |

| | EARNINGS | TAXES | DEDUC | NET PAY | PAY PERIOD | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,595.49 | 324.81 | 33 .40 | 938.28 | BEGIN 02/16/2020 | 2110 | $938.28 |
| | | | | | END 02/29/2020 | | |

**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 03/06/2020
NO.     2110

| BANK NAME | ACCOUNT TYPE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| PITTSBURGH NATIONAL BANK | CHECKING | ****************5556 | $938.28 |

STUTZ, JENNIFER L.
118 ROSECREST DR
PITTSBURGH PA 15229

# PAYROLL ADVICE ONLY — NON NEGOTIABLE

COUNTY OF ALLEGHENY          914645     STUTZ, JENNIFER L.

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular Pay | 19.9435 | 68.00 | 1,356.17 | 6,558.08 | Gross Wages | 1,595.49 | 7,950.24 |
| Retro Reg | | | | 11.67 | Federal Income Tax | 140.94 | 702.05 |
| Sick | 19.9435 | 4.00 | 79.77 | 438.75 | Federal FICA Withheld | 95.70 | 476.88 |
| Holiday | 19.9435 | 8.00 | 159.55 | 941.74 | Federal Medicare Withheld | 22.38 | 111.53 |
| | | | | | PENNSYLVANIA         With | 47.39 | 236.14 |
| | | | | | PENNSYLVANIA         SUI | .96 | 4.77 |
| | | | | | Ross Township W/H | 7.72 | 38.47 |
| | | | | | TeamHlth C/P | 547.38 | 2,755.37 |
| | | | | | North Hills | 7.72 | 38.47 |
| | | | | | Vis Bas C/P | 2.47 | 7.41 |
| | | | | | Pittsburgh LST | 2.00 | 10.00 |
| | | | | | LifeIns10C/P | | 1.88 |
| | | | | | Retirement | 159.55 | 795.03 |
| | | | | | Retire C/P | 159.55 | 795.03 |
| | | | | | HlthFee3.25% | 52.00 | 258.70 |
| | | | | | Wrk Comp C/P | 8.00 | 40.00 |
| | | | | | Union Dues | 44.00 | 131.00 |
| | | | | | Credit Union | 50.00 | 250.00 |
| | | | | | UNUM Tax Ins | 26.85 | 185.05 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|
| | | | 982.30 | BEGIN 03/01/2020 | 2050 | $982.30 |
| CURRENT 1,595.50 | 324.80 | 288.40 | | END 03/14/2020 | | |



**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
CHELSA WAGNER, CONTROLLER
JOHN K. WEINSTEIN, TREASURER

DATE 03/20/2020
NO. 2050

| BANK NAME | ACCOUNT TYPE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| PITTSBURGH NATIONAL BANK | CHECKING | ***************5556 | $982.30 |

STUTZ, JENNIFER L.
118 ROSECREST DR
PITTSBURGH PA 15229

# PAYROLL ADVICE ONLY — NON NEGOTIABLE

COUNTY OF ALLEGHENY                914645        STUTZ, JENNIFER L.

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular Pay | 19.9435 | 72.00 | 1,435.95 | 7,994.03 | Gross Wages | 1,595.50 | 9,545.74 |
| Retro Reg | | | | 11.67 | Federal Income Tax | 140.94 | 842.99 |
| Vacation | 19.9435 | 8.00 | 159.55 | 159.55 | Federal FICA Withheld | 95.69 | 572.57 |
| Sick | | | | 438.75 | Federal Medicare Withheld | 22.38 | 133.91 |
| Holiday | | | | 941.74 | PENNSYLVANIA | 47.39 | 283.53 |
| | | | | | PENNSYLVANIA | .96 | 5.73 |
| | | | | | Ross Township W/H | 7.72 | 46.19 |
| | | | | | North Hills | 7.72 | 46.19 |
| | | | | | TeamHlth C/P | 547.38 | 3,302.75 |
| | | | | | Pittsburgh LST | 2.00 | 12.00 |
| | | | | | Vis Bas C/P | | 7.41 |
| | | | | | Retirement | 159.55 | 954.58 |
| | | | | | LifeIns10C/P | .94 | 2.82 |
| | | | | | HlthFee3.25% | 52.00 | 310.70 |
| | | | | | Retire C/P | 159.55 | 954.58 |
| | | | | | Union Dues | | 131.00 |
| | | | | | Wrk Comp C/P | 8.00 | 48.00 |
| | | | | | Credit Union | 50.00 | 300.00 |
| | | | | | UNUM Tax Ins | 26.85 | 211.90 |

Note: "With" appears near Federal Medicare Withheld line; "SUI" appears near PENNSYLVANIA line.

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | | PAY PERIOD | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|---|
| | | | | 938.30 | BEGIN | 03/15/2020 | 2097 | $938.30 |
| CURRENT | 1,595.50 | 324.80 | 332.40 | | END | 03/28/2020 | | |



**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 04/03/2020
NO.        2097

AMOUNT
$938.30

| ACCOUNT TYPE | ACCOUNT NUMBER |
|---|---|
| CHECKING | ****************5556 |

BANK NAME
PITTSBURGH NATIONAL BANK

STUTZ, JENNIFER L.
118 ROSECREST DR
PITTSBURGH PA 15229

## PAYROLL ADVICE ONLY — NON NEGOTIABLE

914645        STUTZ, JENNIFER L.

**COUNTY OF ALLEGHENY**

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular Pay | 19.9435 | 80.00 | 1,595.50 | 9,589.53 | Gross Wages | 1,595.50 | 11,141.24 |
| Retro Reg | | | | 11.87 | Federal Income Tax | 140.94 | 983.93 |
| Vacation | | | | 159.55 | Federal FICA Withheld | 95.70 | 668.27 |
| Sick | | | | 438.75 | Federal Medicare Withheld With | 22.38 | 156.29 |
| Holiday | | | | 941.74 | PENNSYLVANIA SUI | 47.39 | 330.92 |
| | | | | | PENNSYLVANIA | .95 | 6.68 |
| | | | | | Ross Township W/H | 7.72 | 53.91 |
| | | | | | North Hills | 7.72 | 53.91 |
| | | | | | TeamHlth C/P | 547.38 | 3,850.13 |
| | | | | | Pittsburgh LST | 2.00 | 14.00 |
| | | | | | Vis Bas C/P | 2.47 | 9.88 |
| | | | | | Retirement | 159.55 | 1,114.13 |
| | | | | | LifeIns10C/P | | 2.82 |
| | | | | | HlthFee3.25% | 52.00 | 362.70 |
| | | | | | Retire C/P | 159.55 | 1,114.13 |
| | | | | | Union Dues | 44.00 | 175.00 |
| | | | | | Wrk Comp C/P | 8.00 | 56.00 |
| | | | | | Credit Union | 50.00 | 350.00 |
| | | | | | UNUM Tax Ins | 26.85 | 238.75 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,595.50 | 324.81 | 288.40 | 982.29 | BEGIN 03/29/2020 | 2030 | $982.29 |
| | | | | | END 04/11/2020 | | |



**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 04/17/2020
NO.   2030

| BANK NAME | ACCOUNT TYPE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| PITTSBURGH NATIONAL BANK | CHECKING | ***************5556 | $982.29 |

STUTZ, JENNIFER L.
118 ROSECREST DR
PITTSBURGH PA 15229

# PAYROLL ADVICE ONLY — NON NEGOTIABLE

COUNTY OF ALLEGHENY          914645     STUTZ, JENNIFER L.

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 19.9438 | 72.00 | 1,435.95 | 11,025.48 | Gross Wages | | 1,595.50 | 12,736.74 |
| Retro Reg | | | | 11.67 | Federal Income Tax | | 140.94 | 1,124.87 |
| Vacation | | | | 159.55 | Federal FICA Withheld | | 95.70 | 763.97 |
| Sick | | | | 438.75 | Federal Medicare Withheld | | 22.38 | 178.67 |
| Holiday | 19.9438 | 8.00 | 159.55 | 1,101.29 | PENNSYLVANIA | With | 47.39 | 378.31 |
| | | | | | PENNSYLVANIA | SUI | .96 | 7.64 |
| | | | | | Ross Township W/H | | 7.72 | 61.63 |
| | | | | | North Hills | | 7.72 | 61.63 |
| | | | | | TeamHlth C/P | | 547.38 | 4,397.51 |
| | | | | | Pittsburgh LST | | 2.00 | 18.00 |
| | | | | | Vis Bas C/P | | | 9.88 |
| | | | | | Retirement | | 159.55 | 1,273.68 |
| | | | | | LifeIns10C/P | | .94 | 3.76 |
| | | | | | HlthFee3.25% | | 52.00 | 414.70 |
| | | | | | Retire C/P | | 159.55 | 1,273.68 |
| | | | | | Union Dues | | | 175.00 |
| | | | | | Wrk Comp C/P | | 8.00 | 64.00 |
| | | | | | Credit Union | | 50.00 | 400.00 |
| | | | | | UNUM Tax Ins | | 26.85 | 265.60 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | | PAY PERIOD | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,595.50 | 324.80 | 332.40 | 938.30 | BEGIN | 04/12/2020 | 2075 | $938.30 |
| | | | | | END | 04/25/2020 | | |

**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 05/01/2020
NO.    2075

| BANK NAME | ACCOUNT TYPE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| PITTSBURGH NATIONAL BANK | CHECKING | ****************5556 | $938.30 |

STUTZ, JENNIFER L.
118 ROSECREST DR
PITTSBURGH PA 15229

# PAYROLL ADVICE ONLY — NON NEGOTIABLE

COUNTY OF ALLEGHENY            914645        STUTZ, JENNIFER L.

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 19.9435 | 80.00 | 1,595.50 | 12,620.98 | Gross Wages | | 1,595.50 | 14,332.24 |
| Retro Reg | | | | 11.67 | Federal Income Tax | | 140.94 | 1,265.81 |
| Vacation | | | | 159.55 | Federal FICA Withheld | | 95.69 | 859.66 |
| Sick | | | | 438.75 | Federal Medicare Withheld | | 22.38 | 201.05 |
| Holiday | | | | 1,101.29 | PENNSYLVANIA | With | 47.39 | 425.70 |
| | | | | | PENNSYLVANIA | SUI | .96 | 8.60 |
| | | | | | Ross Township W/H | | 7.72 | 69.35 |
| | | | | | North Hills | | 7.72 | 69.35 |
| | | | | | TeamHlth C/P | | 547.38 | 4,944.89 |
| | | | | | Pittsburgh LST | | 2.00 | 18.00 |
| | | | | | Vis Bas C/P | | 2.47 | 12.35 |
| | | | | | Retirement | | 159.55 | 1,433.23 |
| | | | | | LifeIns10C/P | | | 3.76 |
| | | | | | HlthFee3.25% | | 52.00 | 466.70 |
| | | | | | Retire C/P | | 159.55 | 1,433.23 |
| | | | | | Union Dues | | 44.00 | 219.00 |
| | | | | | Wrk Comp C/P | | 8.00 | 72.00 |
| | | | | | Credit Union | | 50.00 | 450.00 |
| | | | | | UNUM Tax Ins | | 26.85 | 292.45 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | | PAY PERIOD | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|---|
| RRENT | 1,595.50 | 324.81 | 288.40 | 982.29 | BEGIN | 04/26/2020 | 2054 | $982.29 |
| | | | | | END | 05/09/2020 | | |

**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 05/15/2020
NO.    2054

| BANK NAME | ACCOUNT TYPE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| PITTSBURGH NATIONAL BANK | CHECKING | ***************5556 | $982.29 |

STUTZ, JENNIFER L.
118 ROSECREST DR
PITTSBURGH PA 15229

# PAYROLL ADVICE ONLY — NON NEGOTIABLE

| COUNTY OF ALLEGHENY | | | 914645 | STUTZ, JENNIFER L. | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAXES/DED | YEAR TO DATE |
| Regular Pay | 19.9435 | 80.00 | 1,595.50 | 14,216.48 | Gross Wages | 1,595.50 | 15,927.74 |
| Retro Reg | | | | 11.67 | Federal Income Tax | 140.94 | 1,406.75 |
| Vacation | | | | 159.55 | Federal FICA Withheld | 95.70 | 955.38 |
| Sick | | | | 438.75 | Federal Medicare Withheld | 22.38 | 223.43 |
| Holiday | | | | 1,101.29 | PENNSYLVANIA        With | 47.39 | 473.09 |
| | | | | | PENNSYLVANIA        SUI | .96 | 9.56 |
| | | | | | Ross Township W/H | 7.72 | 77.07 |
| | | | | | TeamHlth C/P | 7.72 | 77.07 |
| | | | | | North Hills | 547.38 | 5,492.27 |
| | | | | | Pittsburgh LST | 2.00 | 20.00 |
| | | | | | Vis Bas C/P | | 12.35 |
| | | | | | Retirement | 159.55 | 1,592.78 |
| | | | | | LifeIns10C/P | .94 | 4.70 |
| | | | | | HlthFee3.25% | 52.00 | 518.70 |
| | | | | | Retire C/P | 159.55 | 1,592.78 |
| | | | | | Union Dues | | 219.00 |
| | | | | | Wrk Comp C/P | 8.00 | 80.00 |
| | | | | | Credit Union | 50.00 | 500.00 |
| | | | | | UNUM Tax Ins | 26.85 | 319.30 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY | | PAY PERIOD | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|
| CURRENT 1,595.50 | 324.80 | 288.40 | 982.30 | BEGIN 05/10/2020 END 05/23/2020 | | 2000 | $982.30 |

**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 05/29/2020
NO.   2000

| BANK NAME | ACCOUNT TYPE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| PITTSBURGH NATIONAL BANK | CHECKING | ****************5556 | $982.30 |

STUTZ, JENNIFER L.
118 ROSECREST DR
PITTSBURGH PA 15229

## PAYROLL ADVICE ONLY — NON NEGOTIABLE

COUNTY OF ALLEGHENY       914645    STUTZ, JENNIFER L.

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | Gross Wages | 1,595.50 | 17,523.24 |
| Regular Pay | 19.9438 | 80.00 | 1,595.50 | 15,811.98 | Federal Income Tax | 140.94 | 1,547.69 |
| Retro Reg | | | | 11.67 | Federal FICA Withheld | 95.70 | 1,051.06 |
| Vacation | | | | 159.55 | Federal Medicare Withheld | 22.38 | 245.81 |
| Sick | | | | 438.75 | PENNSYLVANIA   With | 47.39 | 520.48 |
| Holiday | | | | 1,101.29 | PENNSYLVANIA   SUI | .95 | 10.51 |
| | | | | | Ross Township W/H | 7.72 | 84.79 |
| | | | | | North Hills | 7.72 | 84.79 |
| | | | | | TeamHlth C/P | 547.38 | 6,039.65 |
| | | | | | Pittsburgh LST | 2.00 | 22.00 |
| | | | | | Vis Bas C/P | | 12.35 |
| | | | | | Retirement | 159.55 | 1,752.33 |
| | | | | | LifeIns10C/P | | 4.70 |
| | | | | | HlthFee3.25% | 52.00 | 570.70 |
| | | | | | Retire C/P | 159.55 | 1,752.33 |
| | | | | | Union Dues | | 219.00 |
| | | | | | Wrk Comp C/P | 8.00 | 88.00 |
| | | | | | Credit Union | 50.00 | 550.00 |
| | | | | | UNUM Tax Ins | 26.85 | 346.15 |

COUNTY OF ALLEGHENY          914645          STUTZ, JENNIFER L.

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|
| gular Pay | 19.9435 | 72.00 | 1,435.95 | 17,247.93 | Gross Wages | | 1,595.50 | 19,118.74 |
| tro Reg | | | | 11.67 | Federal Income Tax | | 140.94 | 1,688.63 |
| cation | | | | 159.55 | Federal FICA Withheld | | 95.69 | 1,146.75 |
| ck | | | | 438.75 | Federal Medicare Withheld | | 22.38 | 268.19 |
| liday | 19.9435 | 8.00 | 159.55 | 1,260.84 | PENNSYLVANIA | With | 47.39 | 567.87 |
| | | | | | PENNSYLVANIA | SUI | .96 | 11.47 |
| | | | | | Ross Township W/H | | 7.72 | 92.51 |
| | | | | | North Hills | | 7.72 | 92.51 |
| | | | | | TeamHlth C/P | | 547.38 | 6,587.03 |
| | | | | | Pittsburgh LST | | 2.00 | 24.00 |
| | | | | | Vis Bas C/P | | 2.47 | 14.82 |
| | | | | | Retirement | | 159.55 | 1,911.88 |
| | | | | | LifeIns10C/P | | | 4.70 |
| | | | | | HlthFee3.25% | | 52.00 | 622.70 |
| | | | | | Retire C/P | | 159.55 | 1,911.88 |
| | | | | | Union Dues | | 44.00 | 263.00 |
| | | | | | Wrk Comp C/P | | 8.00 | 96.00 |
| | | | | | Credit Union | | 50.00 | 600.00 |
| | | | | | UNUM Tax Ins | | 26.85 | 373.00 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | | PAY PERIOD | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,595.50 | 324.80 | 332.40 | 938.30 | BEGIN | 05/24/2020 | 2052 | $938.30 |
| | | | | | END | 06/06/2020 | | |

**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 06/12/2020
NO.      2052

| BANK NAME | ACCOUNT TYPE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| PITTSBURGH NATIONAL BANK | CHECKING | ***************5556 | $938.30 |

STUTZ, JENNIFER L.
118 ROSECREST DR
PITTSBURGH PA 15229

PAYROLL ADVICE ONLY — NON NEGOTIABLE

COUNTY OF ALLEGHENY

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular Pay | 19.9435 | 60.00 | 1,196.62 | 18,444.55 | Gross Wages | 1,595.49 | 20,714.23 |
| Micro Reg | | | | 11.67 | Federal Income Tax | 140.94 | 1,829.57 |
| Vacation | 19.9435 | 8.00 | 159.55 | 319.10 | Federal FICA Withheld | 95.70 | 1,242.45 |
| Sick | 19.9435 | 4.00 | 79.77 | 518.52 | Federal Medicare Withheld | 22.38 | 290.57 |
| Holiday | 19.9435 | 8.00 | 159.55 | 1,420.39 | PENNSYLVANIA  With | 47.39 | 615.26 |
| | | | | | PENNSYLVANIA  SUI | .96 | 12.43 |
| | | | | | Ross Township W/H | 7.72 | 100.23 |
| | | | | | TeamHlth C/P | 7.72 | 100.23 |
| | | | | | North Hills | 547.38 | 7,134.41 |
| | | | | | Pittsburgh LST | 2.00 | 26.00 |
| | | | | | Vis Bas C/P | | 14.82 |
| | | | | | Retirement | 159.55 | 2,071.43 |
| | | | | | LifeIns10C/P | .94 | 5.04 |
| | | | | | HlthFee3.25% | 52.00 | 674.70 |
| | | | | | Retire C/P | 159.55 | 2,071.43 |
| | | | | | Union Dues | | 263.00 |
| | | | | | Wrk Comp C/P | 8.00 | 104.00 |
| | | | | | Credit Union | 50.00 | 650.00 |
| | | | | | UNUM Tax Ins | 26.85 | 399.85 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,595.49 | 324.81 | 288.40 | 982.28 | BEGIN | 06/07/2020 | 1980 | $982.28 |
| | | | | | END | 06/20/2020 | | |

**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 06/26/2020
NO.    1980

BANK NAME          ACCOUNT TYPE      ACCOUNT NUMBER           AMOUNT
PITTSBURGH NATIONAL BANK    CHECKING    ***************5556      $982.28

STUTZ, JENNIFER L.
118 ROSECREST DR
PITTSBURGH PA 15229

PAYROLL ADVICE ONLY — NON NEGOTIABLE

044637

Regular Pay: 01/16/26 Ending: 01/05/20 STOTZ, GARY B Emp. # ST7115

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours....... | 11.20 @ | 37.50 | 420.00 | 420.00 |
| Salary.......... | 28.80 @ | 37.50 | 1080.00 | 1080.00 |
| | | | | |
| Gross Pay ............. | | | 1500.00 | 1500.00 |
| Net Adj. Gross ........ | | | 1500.00 | 1500.00 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 196.60 | | | |
| Fica............ | 93.00 | 93.00 | | | |
| Fica Medicare.... | 21.75 | 21.75 | | | |
| State.......... | 46.05 | 46.05 | | | |
| Berkheimer Tax... | 15.00 | 15.00 | | | |
| Employee Suta.... | .90 | .90 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 1.00 | | | |
| UNIFORMS......... | 1.10 | 1.10 | | | |

044637

```
Total Deductions ...............  375.40   375.40
Net Pay ........................ 1124.60  1124.60
```

044637

Dealermarket.com 844-888-8100

CRIVELLI FORD INC
Regular Pay: 01/17/20 Ending: 01/16/20 STUBZ, GARY R Emp. # S17115

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours...... | .00 @ | .00 | .00 | 420.00 |
| Salary.......... | 36.75 @ | 52.04 | 1912.30 | 2992.30 |
| School.......... | 4.50 @ | 37.50 | 168.75 | 168.75 |
| Gross Pay ............. | | | 2081.05 | 3581.05 |
| Net Adj. Gross ....... | | | 2081.05 | 3581.05 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 328.38 | 524.98 | | | |
| Fica............ | 129.03 | 222.03 | | | |
| Fica Medicare.... | 30.18 | 51.93 | | | |
| State........... | 63.89 | 109.94 | | | |
| Berkheimer Tax... | 20.81 | 35.81 | | | |
| Employee Suta.... | 1.25 | 2.15 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 2.00 | | | |
| UNIFORMS......... | 1.10 | 2.20 | | | |

044674

| | Current | YTD |
|---|---|---|
| Total Deductions ............... | 575.64 | 951.04 |
| Net Pay ...................... | 1505.41 | 2630.01 |

044674

Dealermarket.com 844-888-8100

CRIVELLI FORD INC                                                    044708
Regular Pay: 01/24/20   Ending: 01/23/20   STROUZ GARY J   Emp. # ST7115

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours....... | 1.70 @ | 37.50 | 63.75 | 483.75 |
| Salary.......... | 30.30 @ | 37.50 | 1136.25 | 4128.55 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ........... | | | 1200.00 | 4781.05 |
| Net Adj. Gross ....... | | | 1200.00 | 4781.05 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 130.60 | 655.58 | | | |
| Fica............ | 74.40 | 296.43 | | | |
| Fica Medicare.... | 17.40 | 69.33 | | | |
| State.......... | 36.84 | 146.78 | | | |
| Berkheimer Tax... | 12.00 | 47.81 | | | |
| Employee Suta.... | .72 | 2.87 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 3.00 | | | |
| UNIFORMS......... | 1.10 | 3.30 | | | |

044708

| | Current | YTD |
|---|---|---|
| Total Deductions ............... | 274.06 | 1225.10 |
| Net Pay ....................... | 925.94 | 3555.95 |

044708

Dealermarket.com 844-888-8100

Regular Pay, 01/31/20

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours....... | 19.70 @ | 37.50 | 738.75 | 1222.50 |
| Salary........... | 20.30 @ | 37.50 | 761.25 | 4889.80 |
| School........... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ........... | | | 1500.00 | 6281.05 |
| Net Adj. Gross ....... | | | 1500.00 | 6281.05 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 852.18 | | | |
| Fica............ | 93.00 | 389.43 | | | |
| Fica Medicare.... | 21.75 | 91.08 | | | |
| State........... | 46.05 | 192.83 | | | |
| Berkheimer Tax... | 15.00 | 62.81 | | | |
| Employee Suta.... | .90 | 3.77 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 4.00 | | | |
| UNIFORMS........ | 1.10 | 4.40 | | | |

044745

| | | Current | YTD |
|---|---|---|---|
| Total Deductions ............... | | 375.40 | 1600.50 |
| Net Pay ....................... | | 1124.60 | 4680.55 |

044745

Dealermarket.com 844-888-8100

044780

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours....... | 15.60 @ | 37.50 | 585.00 | 1807.50 |
| Salary........... | 24.40 @ | 37.50 | 915.00 | 5804.80 |
| School........... | .00 @ | .00 | .00 | 168.75 |
| | | | | |
| Gross Pay .......... | | | 1500.00 | 7781.05 |
| Net Adj. Gross ....... | | | 1500.00 | 7781.05 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 1048.78 | | | |
| Fica............. | 93.00 | 482.43 | | | |
| Fica Medicare.... | 21.75 | 112.83 | | | |
| State........... | 46.05 | 238.88 | | | |
| Berkheimer Tax... | 15.00 | 77.81 | | | |
| Employee Suta.... | .90 | 4.67 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 5.00 | | | |
| UNIFORMS......... | 1.10 | 5.50 | | | |

044780

| | Current | YTD |
|---|---|---|
| Total Deductions ............... | 375.40 | 1975.90 |
| Net Pay ....................... | 1124.60 | 5805.15 |

044780

Dealermarket.com 844-888-8100

Regular Pay: 02/14/20    Shutz, GARY R    Emp. # ST7115    044851

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours...... | 11.70 @ | 37.50 | 438.75 | 2246.25 |
| Salary.......... | 28.30 @ | 37.50 | 1061.25 | 6866.05 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ............ | | | 1500.00 | 9281.05 |
| Net Adj. Gross ....... | | | 1500.00 | 9281.05 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 1245.38 | | | |
| Fica............ | 93.00 | 575.43 | | | |
| Fica Medicare.... | 21.75 | 134.58 | | | |
| State........... | 46.05 | 284.93 | | | |
| Berkheimer Tax... | 15.00 | 92.81 | | | |
| Employee Suta... | .90 | 5.57 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 6.00 | | | |
| UNIFORMS........ | 1.10 | 6.60 | | | |

044851

| | Current | YTD |
|---|---|---|
| Total Deductions ............... | 375.40 | 2351.30 |
| Net Pay ....................... | 1124.60 | 6929.75 |

044851

Dealermarket.com 844-888-8100

Regular Pay 2022028-GLT Ending 02/29/20  SMITH, GARY R  Emp. # ST7115    044879

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours...... | 4.20 @ 37.50 | | 157.50 | 2403.75 |
| Salary.......... | 19.80 @ 37.50 | | 742.50 | 7608.55 |
| School.......... | .00 @ .00 | | .00 | 168.75 |
| Gross Pay ............ | | | 900.00 | 10181.05 |
| Net Adj. Gross ........ | | | 900.00 | 10181.05 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 75.58 | 1320.96 | | | |
| Fica............ | 55.80 | 631.23 | | | |
| Fica Medicare.... | 13.05 | 147.63 | | | |
| State........... | 27.63 | 312.56 | | | |
| Berkheimer Tax... | 9.00 | 101.81 | | | |
| Employee Suta.... | .54 | 6.11 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 7.00 | | | |
| UNIFORMS......... | 1.10 | 7.70 | | | |

044879

| | | Current | YTD |
|---|---|---|---|
| Total Deductions ................ | | 183.70 | 2535.00 |
| Net Pay ........................ | | 716.30 | 7646.05 |

044879

Dealermarket.com 844-888-8100

Regular Pay: 02/26/20   Ending: 02/21/20   STUTZ, GARY    Emp. # ST7115    044915

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours....... | 4.51 @ 37.50 | | 169.13 | 2572.88 |
| Salary.......... | 38.00 @ 37.50 | | 1425.00 | 9033.55 |
| School.......... | .00 @ .00 | | .00 | 168.75 |
| Gross Pay ............. | | | 1594.13 | 11775.18 |
| Net Adj. Gross ........ | | | 1594.13 | 11775.18 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 217.31 | 1538.27 | | | |
| Fica............ | 98.84 | 730.07 | | | |
| Fica Medicare.... | 23.11 | 170.74 | | | |
| State........... | 48.94 | 361.50 | | | |
| Berkheimer Tax... | 15.94 | 117.75 | | | |
| Employee Suta.... | .96 | 7.07 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 8.00 | | | |
| UNIFORMS......... | 1.10 | 8.80 | | | |

044915

```
Total Deductions ...............    407.20    2942.20
Net Pay ........................   1186.93    8832.98
```

Dealermarket.com 844-888-8100

044915

Regular Pay 20/20/25 STUTZ, GARY R Emp. # ST7115    044948

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours...... | 33.50 @ | 37.50 | 1256.25 | 3829.13 |
| Salary.......... | 6.50 @ | 37.50 | 243.75 | 9277.30 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ............ | | | 1500.00 | 13275.18 |
| Net Adj. Gross ....... | | | 1500.00 | 13275.18 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 1734.87 | | | |
| Fica............ | 93.00 | 823.07 | | | |
| Fica Medicare.... | 21.75 | 192.49 | | | |
| State........... | 46.05 | 407.55 | | | |
| Berkheimer Tax... | 15.00 | 132.75 | | | |
| Employee Suta.... | .90 | 7.97 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 9.00 | | | |
| UNIFORMS........ | 1.10 | 9.90 | | | |

044948

| | | Current | YTD |
|---|---|---|---|
| Total Deductions ............... | | 375.40 | 3317.60 |
| Net Pay ....................... | | 1124.60 | 9957.58 |

044948

Dealermarket.com 844-888-8100

Regular Pay 20210820

045019

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours...... | 20.80 @ | 37.50 | 780.00 | 4609.13 |
| Salary.......... | 19.20 @ | 37.50 | 720.00 | 9997.30 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| | | | | |
| Gross Pay ........... | | | 1500.00 | 14775.18 |
| Net Adj. Gross ....... | | | 1500.00 | 14775.18 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 1931.47 | | | |
| Fica............ | 93.00 | 916.07 | | | |
| Fica Medicare.... | 21.75 | 214.24 | | | |
| State........... | 46.05 | 453.60 | | | |
| Berkheimer Tax... | 15.00 | 147.75 | | | |
| Employee Suta.... | .90 | 8.87 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 10.00 | | | |
| UNIFORMS......... | 1.10 | 11.00 | | | |

045019

| | Current | YTD |
|---|---|---|
| Total Deductions ............... | 375.40 | 3693.00 |
| Net Pay ........................ | 1124.60 | 11082.18 |

Dealermarket.com 844-888-8100

045019

Regular Pay: 33/30/30 Ending 1803 Pay 07/28/20 Stoltz GARY R   Emp. # ST7115   Desc Main   045058

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours...... | 29.20 @ | 37.50 | 1095.00 | 5704.13 |
| Salary.......... | 10.80 @ | 37.50 | 405.00 | 10402.30 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ............ | | | 1500.00 | 16275.18 |
| Net Adj. Gross ....... | | | 1500.00 | 16275.18 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 2128.07 | | | |
| Fica............ | 93.00 | 1009.07 | | | |
| Fica Medicare.... | 21.75 | 235.99 | | | |
| State........... | 46.05 | 499.65 | | | |
| Berkheimer Tax... | 15.00 | 162.75 | | | |
| Employee Suta.... | .90 | 9.77 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 11.00 | | | |
| UNIFORMS........ | 1.10 | 12.10 | | | |

045058

Total Deductions ................ 375.40    4068.40
Net Pay ......................... 1124.60   12206.78

Dealermarket.com 844-888-8100

045058

045086

Regular Pay 03/20/2020 End 03/26/20 Shotz, Gary R Emp. # ST7115

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours...... | .00 @ | .00 | .00 | 5704.13 |
| Salary.......... | 50.40 @ | 37.50 | 1890.00 | 12292.30 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| | | | | |
| Gross Pay ............ | | | 1890.00 | 18165.18 |
| Net Adj. Gross ....... | | | 1890.00 | 18165.18 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 282.53 | 2410.60 | | | |
| Fica............ | 117.18 | 1126.25 | | | |
| Fica Medicare.... | 27.41 | 263.40 | | | |
| State........... | 58.02 | 557.67 | | | |
| Berkheimer Tax... | 18.90 | 181.65 | | | |
| Employee Suta.... | 1.13 | 10.90 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 12.00 | | | |
| UNIFORMS........ | 1.10 | 13.20 | | | |

045086

| | Current | YTD |
|---|---|---|
| Total Deductions ............... | 507.27 | 4575.67 |
| Net Pay ...................... | 1382.73 | 13589.51 |

Dealermarket.com 844-888-8100

045114

Regular Pay

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours...... | 23.80 @ | 37.50 | 892.50 | 6596.63 |
| Salary.......... | 16.20 @ | 37.50 | 607.50 | 12899.80 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| | | | | |
| Gross Pay ............. | | | 1500.00 | 19665.18 |
| Net Adj. Gross ........ | | | 1500.00 | 19665.18 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 2607.20 | | | |
| Fica............ | 93.00 | 1219.25 | | | |
| Fica Medicare.... | 21.75 | 285.15 | | | |
| State........... | 46.05 | 603.72 | | | |
| Berkheimer Tax... | 15.00 | 196.65 | | | |
| Employee Suta.... | .90 | 11.80 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 13.00 | | | |
| UNIFORMS......... | 1.10 | 14.30 | | | |

045114

| | Current | YTD |
|---|---|---|
| Total Deductions ............... | 375.40 | 4951.07 |
| Net Pay ....................... | 1124.60 | 14714.11 |

045114

Dealermarket.com 844-888-8100

045176

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours...... | 19.40 @ | 37.50 | 727.50 | 7324.13 |
| Salary.......... | 20.60 @ | 37.50 | 772.50 | 13672.30 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ............ | | | 1500.00 | 21165.18 |
| Net Adj. Gross ....... | | | 1500.00 | 21165.18 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 2803.80 | | | |
| Fica............ | 93.00 | 1312.25 | | | |
| Fica Medicare.... | 21.75 | 306.90 | | | |
| State.......... | 46.05 | 649.77 | | | |
| Berkheimer Tax... | 15.00 | 211.65 | | | |
| Employee Suta.... | .90 | 12.70 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 14.00 | | | |
| UNIFORMS........ | 1.10 | 15.40 | | | |

045176

| | | Current | YTD |
|---|---|---|---|
| Total Deductions ................ | | 375.40 | 5326.47 |
| Net Pay ........................ | | 1124.60 | 15838.71 |

045176

Dealermarket.com 844-888-8100

**CRIVELLI FORD INC.**
Regular Pay: 04/17/20    Ending: 04/16/20    Stentz, GARY R    Emp. # ST7115

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours....... | 28.00 @ | 37.50 | 1050.00 | 8374.13 |
| Salary........... | 12.00 @ | 37.50 | 450.00 | 14122.30 |
| School........... | .00 @ | .00 | .00 | 168.75 |
| | | | | |
| Gross Pay ............. | | | 1500.00 | 22665.18 |
| Net Adj. Gross ........ | | | 1500.00 | 22665.18 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 3000.40 | | | |
| Fica............. | 93.00 | 1405.25 | | | |
| Fica Medicare.... | 21.75 | 328.65 | | | |
| State........... | 46.05 | 695.82 | | | |
| Berkheimer Tax... | 15.00 | 226.65 | | | |
| Employee Suta.... | .90 | 13.60 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 15.00 | | | |
| UNIFORMS......... | 1.10 | 16.50 | | | |

045203

| | | |
|---|---|---|
| Total Deductions ................ | 375.40 | 5701.87 |
| Net Pay ........................ | 1124.60 | 16963.31 |

045203

Dealermarket.com 844-888-8100

045226

Regular Pay: 04/24/20 Ending: 04/23/20

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours....... | 31.70 @ | 37.50 | 1188.75 | 9562.88 |
| Salary.......... | 8.30 @ | 37.50 | 311.25 | 14433.55 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ............ | | | 1500.00 | 24165.18 |
| Net Adj. Gross ........ | | | 1500.00 | 24165.18 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 3197.00 | | | |
| Fica............ | 93.00 | 1498.25 | | | |
| Fica Medicare.... | 21.75 | 350.40 | | | |
| State........... | 46.05 | 741.87 | | | |
| Berkheimer Tax... | 15.00 | 241.65 | | | |
| Employee Suta.... | .90 | 14.50 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 16.00 | | | |
| UNIFORMS........ | 1.10 | 17.60 | | | |

045226

| | Current | YTD |
|---|---|---|
| Total Deductions ................ | 375.40 | 6077.27 |
| Net Pay ........................ | 1124.60 | 18087.91 |

Dealermarket.com 844-888-8100

045226

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours....... | 13.70 @ | 37.50 | 513.75 | 10076.63 |
| Salary.......... | 26.30 @ | 37.50 | 986.25 | 15419.80 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ........... | | | 1500.00 | 25665.18 |
| Net Adj. Gross ....... | | | 1500.00 | 25665.18 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 3393.60 | | | |
| Fica............ | 93.00 | 1591.25 | | | |
| Fica Medicare.... | 21.75 | 372.15 | | | |
| State.......... | 46.05 | 787.92 | | | |
| Berkheimer Tax... | 15.00 | 256.65 | | | |
| Employee Suta.... | .90 | 15.40 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 17.00 | | | |
| UNIFORMS........ | 1.10 | 18.70 | | | |

045255

| | Current | YTD |
|---|---|---|
| Total Deductions ................ | 375.40 | 6452.67 |
| Net Pay ......................... | 1124.60 | 19212.51 |

045255

Dealermarket.com 844-888-8100

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours...... | 21.20 @ | 37.50 | 795.00 | 10871.63 |
| Salary.......... | 18.80 @ | 37.50 | 705.00 | 16124.80 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ........... | | | 1500.00 | 27165.18 |
| Net Adj. Gross ........ | | | 1500.00 | 27165.18 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 3590.20 | | | |
| Fica............ | 93.00 | 1684.25 | | | |
| Fica Medicare.... | 21.75 | 393.90 | | | |
| State.......... | 46.05 | 833.97 | | | |
| Berkheimer Tax... | 15.00 | 271.65 | | | |
| Employee Suta.... | .90 | 16.30 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 18.00 | | | |
| UNIFORMS........ | 1.10 | 19.80 | | | |

045300

| | Current | YTD |
|---|---|---|
| Total Deductions ................ | 375.40 | 6828.07 |
| Net Pay ........................ | 1124.60 | 20337.11 |

045300

Dealermarket.com 844-888-8100

Regular Pay     Ending: 05/11/20   Stertz, Eric P.   Emp. # S17115

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours....... | 27.40 @ | 37.50 | 1027.50 | 11899.13 |
| Salary.......... | 4.60 @ | 37.50 | 172.50 | 16297.30 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ............. | | | 1200.00 | 28365.18 |
| Net Adj. Gross ........ | | | 1200.00 | 28365.18 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 130.60 | 3720.80 | | | |
| Fica............ | 74.40 | 1758.65 | | | |
| Fica Medicare.... | 17.40 | 411.30 | | | |
| State........... | 36.84 | 870.81 | | | |
| Berkheimer Tax... | 12.00 | 283.65 | | | |
| Employee Suta.... | .72 | 17.02 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 19.00 | | | |
| UNIFORMS......... | 1.10 | 20.90 | | | |

045362

|  |  |  |
|---|---|---|
| Total Deductions ................ | 274.06 | 7102.13 |
| Net Pay ........................ | 925.94 | 21263.05 |

Dealermarket.com 844-888-8100

045362

CRIVELLI FORD INC

**Regular Pay: 05/29/20    Ending: 05/28/20**    STITZ    GARY       **Emp. # ST7115**

U45388

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours....... | .00 @ | .00 | .00 | 11899.13 |
| Salary.......... | 40.00 @ | 42.06 | 1682.50 | 17979.80 |
| Holidays........ | 8.00 @ | 37.50 | 300.00 | 300.00 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ........... | | | 1982.50 | 30347.68 |
| Net Adj. Gross ....... | | | 1982.50 | 30347.68 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 304.73 | 4025.53 | | | |
| Fica............ | 122.92 | 1881.57 | | | |
| Fica Medicare.... | 28.75 | 440.05 | | | |
| State........... | 60.86 | 931.67 | | | |
| Berkheimer Tax... | 19.83 | 303.48 | | | |
| Employee Suta.... | 1.19 | 18.21 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 20.00 | | | |
| UNIFORMS........ | 1.10 | 22.00 | | | |

045388

| Total Deductions ............... | 540.38 | 7642.51 |
|---|---|---|
| Net Pay ....................... | 1442.12 | 22705.17 |

045388

Dealermarket.com 844-888-8100

**CRIVELLI FORD INC**

Regular Pay: 06/05/20    Ending: 06/04/20    Stoltz, Patrick    Emp 03511    045411

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours...... | 15.00 @ | 37.50 | 562.50 | 12461.63 |
| Salary.......... | 25.00 @ | 37.50 | 937.50 | 18917.30 |
| Holidays........ | .00 @ | .00 | .00 | 300.00 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ............ | | | 1500.00 | 31847.68 |
| Net Adj. Gross ....... | | | 1500.00 | 31847.68 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 4222.13 | | | |
| Fica............ | 93.00 | 1974.57 | | | |
| Fica Medicare.... | 21.75 | 461.80 | | | |
| State.......... | 46.05 | 977.72 | | | |
| Berkheimer Tax... | 15.00 | 318.48 | | | |
| Employee Suta.... | .90 | 19.11 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 21.00 | | | |
| UNIFORMS........ | 1.10 | 23.10 | | | |

045411

| | Current | YTD |
|---|---|---|
| Total Deductions ............... | 375.40 | 8017.91 |
| Net Pay ...................... | 1124.60 | 23829.77 |

045411

market.com 844-888-8100

Regular Pay ... Pay End Day. 06/12/20 Stutz, Gary R    Emp. # ST7115    045466

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours....... | 17.50 @ | 37.50 | 656.25 | 13117.88 |
| Salary.......... | 22.50 @ | 37.50 | 843.75 | 19761.05 |
| Holidays........ | .00 @ | .00 | .00 | 300.00 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| | | | | |
| Gross Pay ........... | | | 1500.00 | 33347.68 |
| Net Adj. Gross ....... | | | 1500.00 | 33347.68 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 4418.73 | | | |
| Fica............ | 93.00 | 2067.57 | | | |
| Fica Medicare.... | 21.75 | 483.55 | | | |
| State.......... | 46.05 | 1023.77 | | | |
| Berkheimer Tax... | 15.00 | 333.48 | | | |
| Employee Suta.... | .90 | 20.01 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 22.00 | | | |
| UNIFORMS........ | 1.10 | 24.20 | | | |

045466

| | Current | YTD |
|---|---|---|
| Total Deductions ............... | 375.40 | 8393.31 |
| Net Pay ...................... | 1124.60 | 24954.37 |

045466

Dealermarket.com 844-888-8100

045505

CRIVELLI FORD INC

Regular Pay: 06/19/20   Ending: 06/18/20   Stultz   GARY   Emp. # ST7115

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours....... | 12.10 @ | 37.50 | 453.75 | 13571.63 |
| Salary.......... | 27.90 @ | 37.50 | 1046.25 | 20807.30 |
| Holidays......... | .00 @ | .00 | .00 | 300.00 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| | | | | |
| Gross Pay ........... | | | 1500.00 | 34847.68 |
| Net Adj. Gross ....... | | | 1500.00 | 34847.68 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 4615.33 | | | |
| Fica............ | 93.00 | 2160.57 | | | |
| Fica Medicare.... | 21.75 | 505.30 | | | |
| State........... | 46.05 | 1069.82 | | | |
| Berkheimer Tax... | 15.00 | 348.48 | | | |
| Employee Suta.... | .90 | 20.91 | | | |
| LST-HOPEWELLTWP.. | 2.00 | 24.00 | | | |
| UNIFORMS........ | 1.10 | 25.30 | | | |

045505

|  |  |  |
|---|---|---|
| Total Deductions ................ | 376.40 | 8769.71 |
| Net Pay ...................... | 1123.60 | 26077.97 |

045505

Dealermarket.com 844-888-8100

045535

| Compensation | Hrs. | Rate | Current | YTD |
|---|---|---|---|---|
| Reg. Hours...... | 7.70 @ | 37.50 | 288.75 | 13860.38 |
| Salary.......... | 32.30 @ | 37.50 | 1211.25 | 22018.55 |
| Holidays........ | .00 @ | .00 | .00 | 300.00 |
| School.......... | .00 @ | .00 | .00 | 168.75 |
| Gross Pay ............. | | | 1500.00 | 36347.68 |
| Net Adj. Gross ....... | | | 1500.00 | 36347.68 |

| Deductions | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Federal Tax...... | 196.60 | 4811.93 | | | |
| Fica............ | 93.00 | 2253.57 | | | |
| Fica Medicare.... | 21.75 | 527.05 | | | |
| State........... | 46.05 | 1115.87 | | | |
| Berkheimer Tax... | 15.00 | 363.48 | | | |
| Employee Suta.... | .90 | 21.81 | | | |
| LST-HOPEWELLTWP.. | 1.00 | 25.00 | | | |
| UNIFORMS........ | 1.10 | 26.40 | | | |

045535

| | Current | YTD |
|---|---|---|
| Total Deductions ............... | 375.40 | 9145.11 |
| Net Pay ........................ | 1124.60 | 27202.57 |

045535

Dealermarket.com 844-888-8100