FILED
6/22/21 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** JENNIFER L. STUTZ
- **Case Number:** 20-22025-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 17, 2021  09:00 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#33 - Amended Plan Dated 4/28/21 (FC)
R/M #: 33 / 0

### Appearances:

Debtor: Bordelski
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

*[handwritten note: Can't for update on NFS employment status]*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 8/26/21 at 9:00 Am
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/7/2021    3:31:38PM

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** MICHAEL G. & CYNTHIA M. PIHONY
**Case Number:** 19-24686-GLT  **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 17, 2021 09:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#71 - Amended Plan Dated 5/7/21 (FC)
R / M #: 71 / 0

### Appearances:

Debtor: *Lemay* (signature)
Trustee: Winnecour / Pail / **Katz** / DeSimone

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

**CONFIRMATION ORDER TO BE ENTERED**

6/7/2021    3:31:38PM