UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **JENNIFER STUTZ** | ) | Case No. 20-22025-GLT |
| | ) | Chapter 13 |
| Debtor, | ) | Filed Under Local Rule |
| | ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire | ) | RAB-1 |
| Applicant | ) | Hearing Date _9/22/21@_10:00am |
| | ) | |
| | ) | Response Due 9/13/21 |
| No Respondent | ) | |

## CERTIFICATE OF NO OBJECTION
## ON THE APPLICATION OF RUSSELL A. BURD ELSKI, ESQUIRE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 8/27/21 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ___9/13/21____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

BURDELSKI LAW OFFICES

DATE__9/14/21                              __/s/Russell A. Burdelski, Esquire_____
R. Burdelski, Esquire PA I.D. # 72688
Burdelski Law Offices
1020 Perry Highway
Pittsburgh, PA 15237
(412) 366-1511
Russ@BurdelskiLaw.com