FILED
9/20/21 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **JENNIFER STUTZ** ) | Case No. 20-22025-GLT |
| ) | Chapter 13 |
| Debtor, ) | Filed Under Local Rule |
| _____ ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire ) | RAB-1 |
| Applicant ) | Hearing Date _9/22/21@_10:00am |
| ) | |
| ) | Response Due 9/13/21 |
| No Respondent ) | |

Related to Docket No. 42

ORDER OF COURT

AND NOW, to wit, this _20th Day of September, 2021

the **APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM**

**COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE**

**DEBTOR** is approved in the amount of $1342.80__, which represents $1,295.00_ in attorney's

fees and administrative fees and $_47.80__ in costs for the time period of __6/10/20___ to

_8/27/21____.  Debtor's counsel has already been approved to be paid $4,000.00 to date (*i.e.*

*$1,000.00 retainer and $3,000.00 through the plan*), and the balance of $1,342.80_ remains and

shall be paid by the Chapter 13 Trustee to the extent provided for in the confirmed Chapter 13

plan.  Thus, the grand total of all fees and costs approved thus far as follows: $1,000.00 retainer

+ $3,000.00 thru plan + $1,342.80 = $5,342.80.

**ENTERED BY DEFAULT**

By the Court

_____
United States Bankruptcy Judge

Russ@BurdelskiLaw.com

The Clerk Shall Record the Total Award of
Compensation in the amount of $5,342.80

Additional fees may be paid through the Chapter 13 plan
provided that debtor(s) amend the plan within 14 days
after the application for fees is allowed to increase the
plan payment sufficiently to include those fees. The fees
must be paid from debtor(s) resources without decreasing
the percentage or amount to be paid to other creditors
through   the   plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 20-22025-GLT
JENNIFER L. STUTZ                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dkam | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JENNIFER L. STUTZ, 118 ROSECREST DRIVE, PITTSBURGH, PA 15229-2111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2021                    Signature:                /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans  LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor JENNIFER L. STUTZ Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2                        User: dkam                              Page 2 of 2
Date Rcvd: Sep 20, 2021                     Form ID: pdf900                          Total Noticed: 1
TOTAL: 6