Certificate Number: 15317-PAW-DE-039829234

Bankruptcy Case Number: 20-22025



15317-PAW-DE-039829234

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 2, 2025, at 11:14 o'clock AM PDT, Jennifer Stutz completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 2, 2025

By: /s/Christel Raz

Name: Christel Raz

Title: Counselor