Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jennifer L. Stutz** | : | Case No. 20−22025−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 61 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/26/25 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 29th of September, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 61 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before November 12, 2025**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *November 26, 2025 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-22025-GLT
Jennifer L. Stutz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Sep 29, 2025      Form ID: 604      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L. Stutz, 118 ROSECREST DRIVE, PITTSBURGH, PA 15229-2111 |
| 15270363 | + | ADS/COMENITY/NEWYORK & CO, PO BOX 182789, Columbus, OH 43218-2789 |
| 15270373 | + | PNC BANK NS, PO BOX 856177, Louisville, KY 40285-6177 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2025 00:17:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 30 2025 00:01:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15270364 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2025 00:04:55 | CAPITAL ONE, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 15270365 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2025 00:17:02 | CREDIT ONE, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 15262199 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2025 00:05:09 | CREDIT ONE BANK, PO BOX 60500, City Of Industry, CA 91716-0500 |
| 15277769 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2025 00:05:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15276222 | | Email/PDF: bncnotices@becket-lee.com | Sep 30 2025 00:17:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15270370 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2025 00:17:00 | MACYS/DSNB, PO BOX 8218, Mason, OH 45040 |
| 15279762 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2025 00:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15285629 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 30 2025 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15270367 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2025 00:17:11 | HOME DEPOT/CITIBANK, PO BOX 9001010, Louisville, KY 40290-1010 |
| 15270368 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2025 00:05:27 | JCPENNEY/SYNCB, PO BOX 960090, Orlando, FL 32896-0090 |
| 15270369 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2025 00:05:13 | KOHL/CAPITAL ONE, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 15286164 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2025 00:05:01 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 20-22025-GLT  Doc 63  Filed 10/01/25  Entered 10/02/25 00:31:08  Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2025 | Form ID: 604 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15285989 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2025 00:17:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15270371 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2025 00:05:55 | MERRICK BANK CORP., PO BOX 9201, Old Bethpage, NY 11804-9001 |
| 15270372 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2025 00:05:26 | OLD NACY/SYNCB, PO BOX 9600017, Orlando, FL 32896-0001 |
| 15274060 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 30 2025 00:01:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15284583 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2025 00:17:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15269936 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 30 2025 00:01:00 | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15270374 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2025 00:05:55 | SCORE REWARDS/SYNCB, PO BOX 530916, Atlanta, GA 30353-0916 |
| 15262446 | ^ | MEBN | Sep 29 2025 23:56:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15270375 | + | Email/Text: bncmail@w-legal.com | Sep 30 2025 00:01:00 | TARGET/TD BANK USA, PO BOX 1470, Minneapolis, MN 55440-1470 |
| 15281273 | + | Email/Text: bncmail@w-legal.com | Sep 30 2025 00:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15270366 | * | CREDIT ONE BANK, PO BOX 60500, City Of Industry, CA 91716-0500 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 29, 2025 | Form ID: 604 | Total Noticed: 27 |

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Jennifer L. Stutz Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 8