| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jennifer L. Stutz<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7163<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–22025–GLT | |

# Order of Discharge                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jennifer L. Stutz

<u>11/13/25</u>                                                      **By the court:** <u>Gregory L Taddonio</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-22025-GLT
Jennifer L. Stutz     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Nov 13, 2025     Form ID: 3180W     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L. Stutz, 118 ROSECREST DRIVE, PITTSBURGH, PA 15229-2111 |
| 15270363 | + | ADS/COMENITY/NEWYORK & CO, PO BOX 182789, Columbus, OH 43218-2789 |
| 15270373 | + | PNC BANK NS, PO BOX 856177, Louisville, KY 40285-6177 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 14 2025 05:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 14 2025 05:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 14 2025 05:17:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 14 2025 00:33:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15270364 | + | EDI: CAPITALONE.COM | Nov 14 2025 05:17:00 | CAPITAL ONE, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 15270365 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2025 00:54:45 | CREDIT ONE, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 15262199 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2025 00:32:32 | CREDIT ONE BANK, PO BOX 60500, City Of Industry, CA 91716-0500 |
| 15277769 | | EDI: CAPITALONE.COM | Nov 14 2025 05:17:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15276222 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2025 00:43:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15270370 | | EDI: CITICORP | Nov 14 2025 05:17:00 | MACYS/DSNB, PO BOX 8218, Mason, OH 45040 |
| 15279762 | | EDI: Q3G.COM | Nov 14 2025 05:17:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15285629 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 14 2025 00:34:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15270367 | + | EDI: CITICORP | Nov 14 2025 05:17:00 | HOME DEPOT/CITIBANK, PO BOX 9001010, Louisville, KY 40290-1010 |
| 15270368 | + | EDI: SYNC | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 14 2025 05:17:00 | JCPENNEY/SYNCB, PO BOX 960090, Orlando, FL 32896-0090 |
| 15270369 | + | EDI: CAPITALONE.COM | Nov 14 2025 05:17:00 | KOHL/CAPITAL ONE, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 15286164 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2025 00:44:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15285989 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2025 00:31:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15270371 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2025 00:43:26 | MERRICK BANK CORP., PO BOX 9201, Old Bethpage, NY 11804-9001 |
| 15270372 | + | EDI: SYNC | Nov 14 2025 05:17:00 | OLD NACY/SYNCB, PO BOX 9600017, Orlando, FL 32896-0001 |
| 15274060 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2025 00:33:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15284583 | | EDI: PRA.COM | Nov 14 2025 05:17:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15269936 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 14 2025 00:34:00 | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15270374 | + | EDI: SYNC | Nov 14 2025 05:17:00 | SCORE REWARDS/SYNCB, PO BOX 530916, Atlanta, GA 30353-0916 |
| 15262446 | + | EDI: PRA.COM | Nov 14 2025 05:17:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15270375 | + | EDI: WTRRNBANK.COM | Nov 14 2025 05:17:00 | TARGET/TD BANK USA, PO BOX 1470, Minneapolis, MN 55440-1470 |
| 15281273 | + | Email/Text: bncmail@w-legal.com | Nov 14 2025 00:34:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15270366 | * | CREDIT ONE BANK, PO BOX 60500, City Of Industry, CA 91716-0500 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2025      Signature:    /s/Gustava Winters

Case 20-22025-GLT    Doc 68    Filed 11/15/25    Entered 11/16/25 00:32:47    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 13, 2025 | Form ID: 3180W | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Jennifer L. Stutz Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 9