IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/13/25 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   JENNIFER L. STUTZ

   Debtor(s)

Ronda J. Winnecour
   Movant
   vs.
No Repondents.

Case No.:20-22025

Chapter 13

Related to Docket No. 61

ORDER OF COURT

AND NOW, this ____ 13th Day of November, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22025-GLT |
| Jennifer L. Stutz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 13, 2025 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L. Stutz, 118 ROSECREST DRIVE, PITTSBURGH, PA 15229-2111 |
| 15270363 | + | ADS/COMENITY/NEWYORK & CO, PO BOX 182789, Columbus, OH 43218-2789 |
| 15270373 | + | PNC BANK NS, PO BOX 856177, Louisville, KY 40285-6177 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2025 00:44:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 14 2025 00:33:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15270364 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2025 00:44:04 | CAPITAL ONE, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 15270365 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2025 00:30:07 | CREDIT ONE, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 15262199 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2025 00:32:33 | CREDIT ONE BANK, PO BOX 60500, City Of Industry, CA 91716-0500 |
| 15277769 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2025 00:43:56 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15276222 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2025 00:43:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15270370 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2025 00:32:49 | MACYS/DSNB, PO BOX 8218, Mason, OH 45040 |
| 15279762 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2025 00:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15285629 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 14 2025 00:34:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15270367 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2025 00:43:33 | HOME DEPOT/CITIBANK, PO BOX 9001010, Louisville, KY 40290-1010 |
| 15270368 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2025 00:54:35 | JCPENNEY/SYNCB, PO BOX 960090, Orlando, FL 32896-0090 |
| 15270369 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2025 00:43:12 | KOHL/CAPITAL ONE, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 15286164 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2025 00:43:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15285989 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Nov 14 2025 00:29:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15270371 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2025 00:29:57 | MERRICK BANK CORP., PO BOX 9201, Old Bethpage, NY 11804-9001 |
| 15270372 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2025 00:54:38 | OLD NACY/SYNCB, PO BOX 9600017, Orlando, FL 32896-0001 |
| 15274060 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2025 00:33:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15284583 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2025 00:54:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15269936 | + Email/Text: bankruptcyteam@rocketmortgage.com | Nov 14 2025 00:34:00 | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15270374 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2025 00:44:03 | SCORE REWARDS/SYNCB, PO BOX 530916, Atlanta, GA 30353-0916 |
| 15262446 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2025 00:43:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15270375 | + Email/Text: bncmail@w-legal.com | Nov 14 2025 00:33:00 | TARGET/TD BANK USA, PO BOX 1470, Minneapolis, MN 55440-1470 |
| 15281273 | + Email/Text: bncmail@w-legal.com | Nov 14 2025 00:34:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15270366 | * | CREDIT ONE BANK, PO BOX 60500, City Of Industry, CA 91716-0500 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: pdf900 | Total Noticed: 27 |

|  |  |
|---|---|
| | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | |
| | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | |
| | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | |
| | on behalf of Debtor Jennifer L. Stutz Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 9